UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOMETOWN HOMECARE HOLDINGS,
LLC and HOMETOWN HOMECARE,
LLC,

      Plaintiffs,

v.                                   Case No: 8:14-cv-2127-T-33JSS

DAVID O. SULLIVAN,

      Defendant.

_____/

## ORDER ON PLAINTIFFS' MOTION TO COMPEL EXPERT DEPOSITION

THIS MATTER is before the Court on Plaintiffs' Motion to Compel Expert Deposition. (Dkt. 53.) Plaintiffs move the Court to compel the appearance of Defendant's expert witness, Philip J. Shechter, for a deposition in this case. In response, Defendant opposes the relief sought and contends that timing issues precluded the deposition of Mr. Shechter before the discovery deadline, which has since lapsed.

District courts have broad discretion in managing pretrial discovery matters and in deciding whether to grant motions to compel. *Perez v. Miami-Dade Cty.*, 297 F.3d 1255, 1263 (11th Cir. 2002); *Union Ins. Co. v. Westrope*, 730 F.2d 729, 731 (11th Cir. 1984). In managing case deadlines, the court may, for good cause, extend the time within which a specific act must be done if a request is made before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). Additionally, a court's scheduling order may be modified for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4).

Plaintiffs' Motion to Compel was filed in advance of the discovery deadline of March 1, 2016, but the deadline has since expired. However, the Court finds that good cause exists to extend

the discovery deadline to allow for the deposition of Mr. Shechter.  In scheduling and conducting the deposition, the parties are directed to adhere to the procedural rules governing depositions, namely Federal Rule of Civil Procedure 30 and Middle District of Florida Local Rule 3.02. Accordingly, it is

**ORDERED**

1. Plaintiffs' Motion to Compel Expert Deposition (Dkt. 53) is **GRANTED**.  Mr. Shechter shall appear in person for the taking of his deposition on an agreed-upon date and time, but no later than March 31, 2016.

2. The discovery deadline is extended until March 31, 2016, for the limited purpose of conducting the deposition of Mr. Shechter.

**DONE** and **ORDERED** in Tampa, Florida on March 7, 2016.

_____

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:
Counsel of Record